

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2018

No. 04-18-00667-CV

**IN RE** John B. **URBAHNS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

On September 18, 2018, relator filed a petition for writ of mandamus. After considering the mandamus petition and the record, we conclude relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 1, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1]This proceeding arises out of Cause No. 2017CI22479, styled *LSREF2 Cobalt (TX), LLC v. 410 Centre, LLC and John B. Urbahns*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.